**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

**MOTION INFORMATION STATEMENT**

Docket Number(s): 23-877(L), 23-878, 23-879, 23-880, 23-881, 23-882, 23-883, 23-884, 23-885 _____ Caption [use short title] _____

Motion for: Modification of the Scheduling Order

_____

_____

Set forth below precise, complete statement of relief sought:

Parties jointly seek modification of the June 16, 2023

scheduling order, and ask the Court to set

oral argument on a date convenient for the Court

during the weeks of November 6, November 12,

or November 20.

BETH BACHER, REPRESENTATIVE FOR PAUL BACHER (DECEASED), JEROME JAY BERKOWITZ, MARY CASSIDY, JOHN CORWIN, ARMANDO RAMOS, RAFAEL ROLON, RODERICK SULLIVAN, THOMAS VAZZANO, ANNE YOST, PLAINTIFF REPRESENTATIVE FOR RICHARD YOST (DECEASED), et al.,

Plaintiffs-Appellees,

vs.

BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.; BOEHRINGER INGELHEIM CORPORATION; BOEHRINGER INGELHEIM USA CORPORATION; GLAXOSMITHKLINE, LLC; GLAXOSMITHKLINE HOLDINGS (AMERICAS) INC.; PFIZER INC.; SANOFI-AVENTIS U.S. LLC; SANOFI US SERVICES, INC.,

Defendants-Appellants.

MOVING PARTY: Joint _____  OPPOSING PARTY: None _____

☑ Plaintiff          ☑ Defendant

☐ Appellant/Petitioner   ☐ Appellee/Respondent

MOVING ATTORNEY: Joint _____  OPPOSING ATTORNEY: None _____

[name of attorney, with firm, address, phone number and e-mail]

Daniel S. Pariser

Arnold & Porter Kaye Scholer LLP, 601 Massachusetts Ave. NW, Washington, D.C. 20001

(202) 942-5000, dpariser@arnoldporter.com

John A. Buegger

Parafinckzuk Wolf, Town Centre, 5550 Glades Rd., Suite 5000, Boca Raton, FL 33431

(954) 462-6700, jbruegger@parawolf.com

Court- Judge/ Agency appealed from: United States District Cour for the District of Connecticut

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):_____
_____

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ☑ No  ☐ Don't Know

Is oral argument on motion requested?  ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☑ No  If yes, enter date:_____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No
Requested return date and explanation of emergency: _____
_____
_____
_____
_____

**Signature of Moving Attorney:**

Daniel S. Pariser _____  Date: 07/18/2023 _____  Service by: ☑ CM/ECF  ☐ Other [Attach proof of service]

**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

BETH BACHER, REPRESENTATIVE
FOR PAUL BACHER (DECEASED),
JEROME JAY BERKOWITZ, MARY
CASSIDY, JOHN CORWIN,
ARMANDO RAMOS, RAFAEL
ROLON, RODERICK SULLIVAN,
THOMAS VAZZANO, ANNE YOST,
PLAINTIFF REPRESENTATIVE FOR
RICHARD YOST (DECEASED), et al.,
              Plaintiffs-Appellees,

vs.

BOEHRINGER INGELHEIM
PHARMACEUTICALS, INC.;
BOEHRINGER INGELHEIM
CORPORATION; BOEHRINGER
INGELHEIM USA CORPORATION;
GLAXOSMITHKLINE, LLC;
GLAXOSMITHKLINE HOLDINGS
(AMERICAS) INC.; PFIZER INC.;
SANOFI-AVENTIS U.S. LLC; SANOFI
US SERVICES, INC.,

              Defendants-Appellants.

**JOINT MOTION FOR
MODIFICATION OF THE
SCHEDULING ORDER**

Docket Nos. 23-877(L), 23-878(CON),
23-879(CON), 23-880(CON), 23-
881(CON), 23-882(CON), 23-
883(CON), 23-884(CON), 23-
885(CON)

Pursuant to Federal Rule of Appellate Procedure 26(b), the Parties jointly

move for modification of this Court's June 16, 2023 Order insofar as it directs the

Clerk to set the appeal for argument as early as the week of September 18, 2023. In

support of this Motion, the Parties state the following:

1.      On June 13, 2023, this Court granted Defendants-Appellants' leave to appeal the United States District Court for the District of Connecticut's orders granting Plaintiffs-Appellees' motions to remand nine product liability actions related to the medication Zantac (ranitidine). [Doc. 1]. The causes of action underlying this consolidated appeal are: *Bacher, et al. v. Boehringer Ingelheim Pharms., Inc., et al.*, No. 23-877; *Berkowitz, et al. v. Boehringer Ingelheim Pharms., Inc., et al.*, No. 23-878; *Ramos, et al. v. Boehringer Ingelheim Pharms., Inc., et al.*, No. 23-879; *Cassidy, et al. v. Boehringer Ingelheim Pharms., Inc., et al.*, No. 23-880; *Corwin, et al. v. Boehringer Ingelheim Pharms., Inc., et al.*, No. 23-881; *Vazzano, et al. v. Boehringer Ingelheim Pharms., Inc., et al.*, No. 23-882; *Rolon, et al. v. Boehringer Ingelheim Pharms., Inc., et al.*, No 23-883; *Sullivan, et al. v. Boehringer Ingelheim Pharms., Inc., et al.*, No. 23-884; and *Yost, et al. v. Boehringer Ingelheim Pharms., Inc., et al.*, No. 23-885 (the "Actions").[1]

2.      On June 16, 2023, the Parties conducted a conference with the Clerk of Court to discuss briefing schedules. During this conference, the Parties agreed to extend the Court's 60-day period to render judgment on these appeals pursuant to 28 U.S.C. § 1453(c)(3). The Court entered an order setting a briefing schedule and

---

[1] On February 2, 2023, the Court entered an order consolidating the Actions for the sole purpose of facilitating filings on a single docket. [Doc. 11].

directing the Clerk "to set the appeal for argument as early as the week of September 18, 2023" on the same day.  [Doc. 4].

3.      The undersigned counsel who intends to argue for Plaintiffs-Appellees has a personal family matter which now conflicts with oral argument the week of September 18, 2023.

4.      The undersigned counsel who intends to argue for Defendants-Appellants also has a conflict, as he will be in a trial set to commence on September 25, 2023, and which may last as long as four (4) weeks.

5.      Because of these conflicts, the Parties jointly request that oral argument be set on a date convenient for the Court during the weeks of November 6, November 12, or November 20.

WHEREFORE, pursuant to Federal Rules of Appellate Procedure 26(b), the Parties respectfully request that the Court grant this Motion and set oral argument accordingly.

July 17, 2023

Respectfully submitted,

/s/ *John A. Bruegger*
  John A. Bruegger
  Steven D. Resnick
  PARAFINCZUK WOLF
  Town Centre
  5550 Glades Road, Suite 500
  Boca Raton, FL 33431
  Tel: (954) 462-6700
  jbruegger@parawolf.com
  sresnick@parawolf.com
  zantaclitigation@parawolf.com

  Craig A. Raabe
  Robert A. Izard
  IZARD KINDALL &
   RAABE LLP
  29 South Main Street, Suite 305
  West Hartford, CT 06107
  Tel: (860) 493-6292
  craabe@ikrlaw.com
  rizard@ikrlaw.com

*Counsel for Plaintiffs-Respondents*

Respectfully submitted,

/s/ *Daniel S. Pariser*
  Daniel S. Pariser
  ARNOLD & PORTER
  KAYE SCHOLER LLP
  601 Massachusetts Ave. NW
  Washington, D.C. 20001
  Tel: (202) 942-5000
  Fax: (202) 942-5999
  daniel.pariser@arnoldporter.com

  Anand Agneshwar
  ARNOLD & PORTER
  KAYE SCHOLER LLP
  250 West 55th Street
  New York, NY 10019
  Tel: (212) 836-8000
  Fax: (212) 836-8689
  anand.agneshwar@arnoldporter.com

  Joseph W. Martini
  SPEARS MANNING & MARTINI
  LLC
  2425 Post Road, Suite 203
  Southport, CT 06890
  Tel: (203) 292-9766
  Fax: (203) 292-9682
  jmartini@spearsmanning.com

*Counsel for Defendants-Petitioners*
*Sanofi-Aventis U.S. LLC and Sanofi*
*US Services Inc.*

3

Patrick M. Fahey
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, CT 06103
Tel: (860) 251-5000
Fax: (860) 241-5219
pfahey@goodwin.com

*Counsel for Defendants-Petitioners*
*Boehringer Ingelheim*
*Pharmaceuticals, Inc., Boehringer*
*Ingelheim Corp., and Boehringer*
*Ingelheim USA Corp.*

Lindsey B. Cohan
DECHERT LLP
515 Congress Ave., Suite 1400
Austin, TX 78701
Tel: (512) 394-3000
Fax: (512) 394-3001
lindsey.cohan@dechert.com

Robert Reginald Simpson
Lauren R. Greenspoon
SHOOK, HARDY & BACON LLP
185 Asylum Street
City Place 1, Suite 3700
Hartford, CT 06103
Tel: (860) 515-8901
rsimpson@shb.com
lgreenspoon@shb.com

*Counsel for Defendants-Petitioners*
*GlaxoSmithKline LLC and*
*GlaxoSmithKline Holdings*
*(Americas) Inc.*

James I. Glasser
James O. Craven
WIGGIN AND DANA LLP

4

One Century Tower,
P.O. Box 1832
New Haven, CT 06508
Tel: (203) 498-4313
Fax: (203) 762-2889
jglasser@wiggin.com
jcraven@wiggin.com

*Counsel for Defendants-Petitioners
Pfizer Inc.*